UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_Yimei Sun_
Plaintiff,

v. _Blandine Lewine, Karen Schwartz_   Case No. _3:16 CV 784 JCH_
_Glencore Ltd._                                (To be supplied by the Court)
Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: _____
   _65 Parish Rd, New Canaan, CT 06840_

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: _Glencore Ltd._
   _14th floor, 301 Tresser Blvd, Stamford, CT 06901_

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: _____

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4.  The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

   (A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

   (B) ☐ Termination of my employment. I was terminated from my employment on the following date: ____.

   (C) ☐ Failure to promote me. I was refused a promotion on the following date(s): ____

   (D) ☒ Other acts as specified below: _I was discriminated during my employment at Glencore Ltd. by my supervisors, Blandine Lewine & Karen Schwartz, and constructively discharged on January 11, 2013._

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [X], color [ ], religion [ ], sex [X], age [ ], national origin [ ] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

*please see attached*

_____

_____

_____

_____

_____

_____

7. The approximate number of persons who are employed by the Defendant employer I am suing is: *200 – 2000*.

8. The alleged discrimination occurred on or about the following date(s) or time period: *May 2008 – Dec. 2012*

3

9.  I filed charges with the:

    ☒  Equal Employment Opportunity Commission

    ☒  Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _March 8, 2016_ [**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _The investigation is not thorough, and there is very minimal analysis done on my case._

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

    ☐  Injunctive orders (specify the type of injunctive relief sought): _____

    ☒  Backpay;

☐ Reinstatement to my former position;

☒ Monetary damages (specify the type(s) of monetary damages sought): __ *emotional distress and punitive damages* ;

☐ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): _____

_____;

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby   DO ☐   DO NOT ☒ demand a trial by jury.

_____   *[signature]*
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____   *Yimei Sun, 65 Parish Rd, New Canaan, CT 06840*
Printed Name and address   Printed Name and address

( )_____   (203) 482-8742
Attorney's telephone   Plaintiff's telephone

   ysun1971@yahoo.com
Email address if available   Email address if available

Dated: 05/21/2016

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Bridgeport, CT__ on __May 23, 2016__.
              (location)                  (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/23/16)

Yimei Sun
65 Parish Rd
New Canaan, CT 06840

May 21, 2016

To whom it may concern:

Glencore LTD is a multibillion dollar company. Based on its size, I think they should do a much better job about how to treat its employees fairly and equally. For such a big company, I have never seen an employee handbook. There were no clear guidelines about what you could do and couldn't. Everything was based on the agreement between you and your boss. If anything bad happened between you and your boss, the only result was that you had to leave. At that time there are no HR resources available to help you resolve the conflicts. My managers totally had no clue about how to review people. They would only review you based on what they thought about you. More importantly, I think the managers had no respect of people. They assigned the work based on their preference. I am mainly an Oracle developer; however, they kept assigning DBA work to me. They didn't assign me the work that I'm expert on, but to someone who has no previous oracle experience at all. When they asked me to be the SQL server DBA, I had no previous experience at all. However after I took over the assignment and get it handled properly, they didn't compensate me accordingly. Besides, I had to ask for more work many times. I have many emails that can support this. However, at the end, on the performance review, they commented that I had never looked for work proactively. This is totally an untruthful claim.

I have never received any print copy of my performance reviews until December, 2012. Only then, I could clearly see I had such a low score. If I knew in 2009 that I only received 1.8 for my performance review, I would leave immediately then, just like what I did in January 2013. Since I have never received any hard copy of the review before 2012, I didn't know exactly how they rated me on those categories. Also I have never signed any review documents before 2012. Is that legal to give someone performance review without that person's clear acknowledge? If I was stopped by a policeman for a traffic violation, he would give me a ticket to describe what I did so that I could defend myself in the court. Without a written document, how could I make clear arguments?

The main feeling I have is that I don't think Ms. Lewine treat her employees with respect. Right after I left Glencore, I have asked her about my unpaid vacation days. She simply ignored my request. There was no single response from her.

Based on their discrimination acts, I'm seeking the awards for the following damages:

1) Lost pay, vacation days and benefits

    I started working for Glencore LTD from May 5, 2008. My initial salary was $105,000 and with 20% as potential bonus. However I didn't get paid accordingly. I only received minimum yearly increase and about half of the bonus potential, even after I took on more work responsibilities during the years. Here are the details of salary / bonus I received for all the years I worked at Glencore:

|       | Salary    | Bonus    |
|-------|-----------|----------|
| 2008: | $105,000  | $8,000   |
| 2009: | $110,000  | $10,000  |
| 2010: | $110,000  | $12,000  |
| 2011: | $112,000  | $12,000  |
| 2012: | $116,000  | $12,000  |

I believe the root cause for why I didn't get paid based on what I performed is the discrimination act that happened to me during my years at Glencore. They didn't treat me fairly based on what I did, but purely at their will and preference. They discriminated me based on my gender and race. So I seek for the award of the lost pay increase and bonus over the last 4 years as follow:

|        | Salary increase | Bonus (extra) |
|--------|-----------------|---------------|
| 2009:  | $0              | $12,000       |
| 2010:  | $3,000          | $10,500       |
| 2011:  | $4,000          | $11,000       |
| 2012:  | $4,000          | $12,000       |
| Total: | $11,000         | $45,500       |

I also lost 2 days' vacation time in 2012. I've requested from Glencore, but they denied it. The amount is $55.7692 / hr * 16 = 892.31.

In addition, since I opt out the medical insurance plan, I was eligible to get compensated for $8,000/yr. So I seek additional $4,000 for the lost benefit for the past half year since I left Glencore. So the total amount of lost pay, vacation time and benefits is: $11,000 + $45,500 + $892.31 + $4,000 = $61.392.31.

2) Future benefits

I also lost the future benefits of the pension plan that Glencore offers to its employees. Based on my calculation, I need to be awarded for this damage in the amount of $240,000. For my past 5 years' service, I get paid about $120,000. The maximum benefit I can get from this pension plan is about $360,000, which is based on 15 years' service. So, $360,000 - $120,000 = $240,000.

3) Emotional distress

I'm seeking an award of emotional distress damages in the amount of $200,000.00. My case is a purely discriminatory practice in violation of human rights on account of race and sex. I was totally humiliated by the disrespectful act that happened to me. I immediately took the rest of day off since I could not stop getting emotional. I've never been judged by other people so unfairly. Based on the ratings in the performance review, I probably should have been fired on the spot. And then another bad thing happened days after I announced my departure. Some of the co-workers told me the manager told them the reason why I was leaving was because I received a bad review. I think this is totally in violation of people's privacy. And even worse, whatever she said in the review was not based on facts. Even the elementary students know how to

respect other people's privacy. This offensive act made me lose many weeks of sleep and the desire to work. I became very anxious and depressed. I lost my usual confidence. Until these days, I get headache more often and stress out more easily. I believe the root cause of these ill-will actions is discrimination.

4) Punitive damages

   I want the punitive damage to send a strong message to Glencore that it needs to take action to stop letting these egregious breaches of human rights happen again. Based on all of these discrimination acts, I seek the award of punitive damages in the amount of $300,000.

Thank you for your time and consideration.

Best regards,

Yimei Sun

EEOC Form 161 (11/09)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Yimei Sun
65 Parish Rd
New Canaan, CT 06840

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16A-2013-00600 | Anne R. Giantonio, Intake Supervisor | (617) 565-3189 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Kenneth An*

Feng K. An,
Area Office Director

MAR 08 2015
(Date Mailed)

Enclosures(s)

cc:
GLENCORE LTD
301 Tresser Blvd
Stamford, CT 06901

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# FACTS ABOUT FILING AN EMPLOYMENT DISCRIMINATION SUIT IN FEDERAL COURT IN THE STATE OF CONNECTICUT

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a lawsuit.

## WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. A lawsuit can be filed at the following U.S. District Court locations in Connecticut:

- The United States District Courts for the District of Connecticut are located at:
  - The Abraham Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut 06103, or by contacting the Clerk of the Court Office at (860) 240-3200
  - 141 Church St., New Haven, Connecticut 06510, or by contacting the Clerk of the Court Office at (203) 773-2140
  - The Brien McMahon Federal Building, 915 LaFayette Blvd., Bridgeport, Connecticut 06604, or by contacting the Clerk of the Court Office at (203) 579-5861
  - 14 Cottage Place, Waterbury, Connecticut 06702, or by contacting the New Haven Clerk of the Court at (203) 773-2140

## WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit must be filed in U.S. District Court within **90 days** of the date you receive the enclosed final action. Once this 90 day period is over, unless you have filed suit, you will have lost your right to sue.

## DO I NEED A LAWYER?

No, you do not need a lawyer to file a private suit. You may file a complaint in federal court without a lawyer which is called a *pro se* complaint. Every district court has either a clerk or staff attorney who can assist you in filing *pro se*. To find out how to file a *pro se* complaint, contact the clerk of the court having jurisdiction over your case who can advise you of the appropriate person to assist you and of the procedures to follow, which may vary from district to district.

You may, however, wish to retain a lawyer in order to adequately protect your legal rights. Whether you retain a private attorney, or file *pro se*, you must file your suit in the appropriate court within 90 days of receiving this mailing.

## WHAT IF I WANT A LAWYER BUT CAN'T AFFORD ONE?

If you can't afford a lawyer the U.S. District Court which has jurisdiction may assist you in obtaining a lawyer. You should consult with the office of the district court that assists *pro se* complainants for specific instructions on how to seek counsel.

Generally, the U.S. District Court charges a $350.00 filing fee to commence a lawsuit. However the court may waive the filing fee if you cannot afford to pay it. You should ask the office of the District Court that assists *pro se* complainants for information concerning the necessary procedure to request that the filing fee be waived.

## HOW CAN I FIND A LAWYER?

These are several attorney referral services operated by bar or other attorney organizations which may be of assistance to you in finding a lawyer to assist you in ascertaining and asserting your legal rights:

| | |
|---|---|
| American Bar Association | (312) 988-5522 |
| The Connecticut State Bar Association | (860) 223-4400 |
| National Employment Lawyers Association Referral Service | (212) 819-9450 |

Your County, City of Municipal Lawyers or Bar Association may also be of assistance.

## HOW LONG WILL THE EEOC RETAIN MY CASE FILE?

Generally, the Commission's rules call for your charge to be destroyed after 2 years from the date of a no cause determination or six months after other types of final actions. If you file a suit, and wish us to retain your file for more than the normal retention period, you or your attorney should forward a copy of your court complaint to this office within 10 days after you file suit. IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD ALSO NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.